# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155345 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense MM/DD/YYYY | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/30/2025  1821 | MTA 21-707(a) |

Place of Offense
Porter Street

Offense Description: Factual Basis for Charge          HAZMAT ☐
Failure to stop at stop sign

### DEFENDANT INFORMATION

Last Name: Wenqing     First Name: Li

Street Address: ████████████████

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| LGH9274 | MD | 24 | Tes / | | white |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 90     Forfeiture Amount
+ $30     Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →     $ 120     Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Dr
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Li Wen

Original - CVB Copy

*9155345*

---

I state that on 30 Dec, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

While sitting stationary at the intersection of Campus and Porter, I observed a white SUV approach the stop sign at a high rate of speed. The SUV then came to an abrupt stop in the middle of the intersection where the driver sat for a few seconds staring at me. I activated my emergency lights and conducted a traffic stop. The driver Wenqing Li, identified by her MD DL stated that she didn't hit the brakes as hard as she thought she did.

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/30/2025
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident